No. 10–7387. SETSER v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–8145. SMITH v. CAIN, WARDEN. Crim. Dist. Ct. La., Orleans Parish. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–1020. CONSOLIDATION COAL CO. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–1117. NAGLICH ET AL. v. CAMP ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1214. FREEDOM FROM RELIGION FOUNDATION v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–1225. BOMBARDIER INC. ET AL. v. DOW CHEMICAL CANADA ULC ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1227. JOHNSON v. ROBERTS ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–1235. KOVACIC ET AL. v. VILLARREAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1255. COWITT ET UX., INDIVIDUALLY AND AS TRUSTEES FOR THE COWITT FAMILY TRUST v. REILLY ET UX. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–1258. LEDBETTER ET AL. v. FEDERAL AVIATION ADMINISTRATION. C. A. 11th Cir. Certiorari denied.